

**ORIGINAL**

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
MAR 23 1999
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
NANCY DOHERTY, CLERK
By _____ Deputy

| | |
|---|---|
| D. B. POGUE; B. M. POGUE; A. M. POGUE; and J. B. POGUE; Individually and Derivatively, § § § § § | |
| Plaintiffs, § § | |
| V. § § | No. 3-99 CV 0585-H |
| LCAC, INC.; LCSC, INC.; LRCC, INC.; LEGACY PARTNERS COMMERCIAL, INC.; LEGACY PARTNERS RESIDENTIAL, INC.; C. PRESTON BUTCHER; EDGAR M. THRIFT, JR.; W. DEAN HENRY; STUART L. LEEDER; GARY J. ROSSI; RICHARD I. FISHER; JAMES L. ANDERSEN; GUY K. HAYS; DENNY MCLARRY; LINCOLN RESIDENTIAL SERVICES OF COLORADO, INC.; THE NC LINCOLN COMPANY; LINCOLN PROPERTY COMPANY NO. 2318 LIMITED PARTNERSHIP; LEGACY PARTNERS CONTRACTORS OF ARIZONA, INC.; LEGACY PARTNERS AGENCY CORP.; LEGACY PARTNERS 2206 L.P.; LEGACY PARTNERS 2235 L.P.; LEGACY PARTNERS 2317 L.P.; LEGACY PARTNERS 2242, L.P.; and LEGACY PARTNERS MANAGEMENT, L.P., § § § § § § § § § § § § § § § § § § § § § § | ENTERED ON DOCKET MAR 24 1999 U.S. DISTRICT CLERK'S OFFICE |
| Defendants. § | **JURY DEMANDED** |

## ORDER

On this day came on to be heard Plaintiffs' Emergency Motion for Leave to File Amended Complaint. The Court finds that such motion is well-founded and should be granted.

ORDER
99536

Page 1

IT IS ORDERED that Plaintiffs' Emergency Motion for Leave to File Amended Complaint be and is hereby **GRANTED**.

IT IS ORDERED that the Clerk of this Court is directed to file Plaintiffs' First Amended Complaint which was attached to the motion for leave as Exhibit 1, as of the date the motion for leave was filed.

Signed this ___ day ___MARCH___, 1999.

_____
UNITED STATES DISTRICT JUDGE