IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| D.B. POGUE, et al., Individually and Derivatively, | * * * |
| Plaintiffs, | * * |
| v. | * Civil No. 3:99-CV-0585-H |
| LCAC, INC., et al., | * * * |
| Defendants. | * |

## ORDER

On March 30, 1999, the Court heard argument on Plaintiffs' Emergency Motion to Remand, filed March 19, 1999, and pleadings relating thereto.

After considering the pleadings and briefs, the arguments of counsel, and the relevant authorities, the Court was of the opinion, for the reasons stated from the bench, that subject matter jurisdiction is lacking, and the Motion for Remand should be, and was, **GRANTED**.

Accordingly, this case is **REMANDED** to the 101st Judicial District Court of Dallas County, Texas.

The Clerk is **DIRECTED** to **IMMEDIATELY** fax this Order to counsel.

SO ORDERED.

DATED: March 30, 1999.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS